IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MATTHEW JOHN THOMPSON,

      Plaintiff,
v.                                     CASE NO. 4:14cv 287-MW/GRJ

JOHN LONG, et al.,

      Defendants.

_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

    This Court has considered the Magistrate's Report and Recommendation, ECF No. 6, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 9.  Accordingly

    IT IS ORDERED:

    The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for abuse of the judicial process.  This dismissal shall operate as a strike pursuant to 28 U.S.C. § 1915(g)."     The Clerk

1

shall close the file.

**SO ORDERED on September 18, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**
